IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00136-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

5.     KIRK IVAN GRIEGO,

        Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. # 408). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on April 7, 2014;

THAT a Preliminary Order of Forfeiture was entered on July 16, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on August 16, 2015;

THAT, as of August 16, 2015, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the $52,090.00 in United States currency; shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the $52,090.00 in United States currency and may dispose of it in accordance with law;

DATED: November 5, 2015.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge